UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
DONAHUE FIELDS,                                                        :
                                                                       :
                                        Plaintiff,                     :
                                                                       :        25 Civ. 9083 (JPC)
                        -v-                                             :
                                                                       :        ORDER
N & Y CLASSIC DELI INC., *et al.*,                                    :
                                                                       :
                                        Defendants.                    :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 5, 2025, Plaintiff served Defendants with copies of the Summons and Complaint. Dkts. 7, 8. Defendants' deadline to respond to the Complaint was therefore December 26, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from either Defendant. Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint until January 6, 2026. If Defendants once again fail to respond to the Complaint by that deadline, Plaintiff shall seek Certificates of Default by January 13, 2026.

Plaintiff is directed to mail a copy of this Order by First Class Mail to Defendants, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: December 30, 2025
       New York, New York
                                                        _____
                                                        JOHN P. CRONAN
                                                        United States District Judge