UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                        :
DONAHUE FIELDS,                                         :
                                                        :
                          Plaintiff,                    :
                                                        :         25 Civ. 9083 (JPC)
            -v-                                          :
                                                        :         ORDER
N & Y CLASSIC DELI INC., *et al.*,                      :
                                                        :
                          Defendants.                   :
                                                        :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On January 8, 2026, the Court ordered Plaintiff to serve the Court's December 30, 2025 Order on Defendants, if it had not already done so.  Dkt. 10.  Plaintiff did so on January 9, 2026.  Dkt. 11.  Defendants have not responded to the Complaint or appeared in this action.  Accordingly, Plaintiff shall seek Certificates of Default within one week of this Order.

Within two days of the date of this Order, Plaintiff shall mail a copy of this Order by First Class Mail to Defendants, and file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: February 2, 2026
       New York, New York
                                          _____
                                                   JOHN P. CRONAN
                                              United States District Judge