UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                          :
DONAHUE FIELDS,                                           :
                                                          :
                        Plaintiff,                        :
                                                          :                25 Civ. 9083 (JPC)
            -v-                                            :
                                                          :                ORDER
N & Y CLASSIC DELI INC., *et al.*,                        :
                                                          :
                        Defendants.                       :
                                                          :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 11, 2026, Plaintiff advised the Court that he had served copies of the Summons and Complaint on Defendant N & Y Classic Deli Inc. but not on Defendant 3165-3169 Villa Avenue LLC, and requested an extension of time "to allow for Defendant 3165-3169 Villa Avenue LLC to be able to be served via a new valid address, and for both Defendants to appear in this matter." Dkt. 14. The Court granted the requested and ordered Defendants to answer the Complaint by March 30, 2026. Dkt. 15 (Feb. 11, 2026 Order); *see* Dkt. 8 (affidavit of service as to N & Y Classic Deli Inc.). That deadline has passed, and the docket does not reflect that Plaintiff has served 3165-3169 Villa Avenue LLC or that either Defendant has responded to the Complaint. Accordingly, the Court *sua sponte* extends N & Y Classic Deli Inc.'s deadline to respond to the Complaint until April 7, 2026. If N & Y Classic Deli Inc. once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by April 14, 2026.

In addition, Plaintiff shall file a letter no later than April 7, 2026, advising whether it has served copies of the Summons and Complaint on 3165-3169 Villa Avenue LLC and, if not, showing cause why good cause exists to excuse Plaintiff's failure to serve. *See* Fed. R. Civ. P. 4(m) ("[I]f the plaintiff shows good cause for the failure, the court must extend the time for service for an

appropriate period.").  The Court reminds Plaintiff that "[t]o establish good cause a plaintiff must demonstrate that despite diligent attempts, service could not be made due to exceptional circumstances beyond his or her control."  *Deptula v. Rosen*, 558 F. Supp. 3d 73, 75 (S.D.N.Y. 2021) (internal quotation marks omitted).  If Plaintiff has served 3165-3169 Villa Avenue LLC, then he shall file an affidavit of service along with the letter.

Within two days of the date of this Order, Plaintiff shall mail a copy of this Order by First Class Mail to Defendants, and file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: March 31, 2026
       New York, New York

_____
JOHN P. CRONAN
United States District Judge

2