UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                        :

DONAHUE FIELDS,                              :

                          :

                Plaintiff,          :

                          :         25 Civ. 9083 (JPC)

      -v-                    :

                          :          ORDER

N & Y CLASSIC DELI INC., *et al.*,      :

                          :

            Defendants.     :

                          :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On March 31, 2026, the Court ordered Plaintiff to file a letter by April 7, 2026, "advising whether [he] has served copies of the Summons and Complaint on 3165-3169 Villa Avenue LLC and, if not, showing cause why good cause exists to excuse Plaintiff's failure to serve. *See* Fed. R. Civ. P. 4(m) ("[I]f the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.")." Dkt. 18. If Plaintiff had already served 3165-3169 Villa Avenue LLC, then the Court ordered him to file an affidavit of service along with the letter. *Id.* The docket does not reflect any response by Plaintiff to that Order. The Court *sua sponte* extends Plaintiff's deadline to respond to the Court's March 31, 2026 Order to April 15, 2026. If Plaintiff fails to respond, the Court may dismiss this action as to Defendant 3165-3169 Villa Avenue LLC for failure to prosecute.

Within two days of the date of this Order, Plaintiff shall mail a copy of this Order by First Class Mail to Defendant 3165-3169 Villa Avenue LLC, and file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: April 10, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

2