UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                               :

DONAHUE FIELDS,                         :

                    Plaintiff,        :

                          :         25 Civ. 9083 (JPC)

      -v-                     :

                          :         <u>ORDER</u>

N & Y CLASSIC DELI INC., *et al.*,    :

                          :

                Defendants.   :

                          :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On April 15, 2026, the Court ordered Defendant N & Y Classic Deli Inc. to advise the Court by April 20, 2026, as to its position with respect to Plaintiff's request for a 45-day extension to serve Defendant 3165-3169 Villa Avenue LLC. Dkt. 25. The docket does not reflect any response from Defendant N & Y Classic Deli Inc. The Court *sua sponte* extends Defendant N & Y Classic Deli Inc.'s deadline to respond to May 1, 2026. The Court will construe failure to respond as non-opposition.

Within two days of the date of this Order, Plaintiff shall mail a copy of this Order by First Class Mail to Defendant 3165-3169 Villa Avenue LLC, and file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: April 24, 2026
     New York, New York                         JOHN P. CRONAN
                                      United States District Judge