UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
             :

DONAHUE FIELDS,             :

              Plaintiff,     :

            :       25 Civ. 9083 (JPC)

       -v-          :

            :         ORDER

N & Y CLASSIC DELI INC., *et al.*,    :

            :

          Defendants.   :

            :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Plaintiff commenced this action on November 1, 2025.  Dkt. 1.  On February 11, 2026, Plaintiff filed a letter requesting an extension of his deadline to serve Defendant 3165-3169 Villa Avenue LLC, Dkt. 14.  That same day, the Court extended Plaintiff's deadline to serve 3165-3169 Villa Avenue LLC until March 30, 2026, *see* Dkt. 15.  On March 31, 2026, the docket did not reflect whether 3165-3169 Villa Avenue LLC had been served, so the Court ordered Plaintiff to file a letter by April 7, 2026, "advising whether [he] has served copies of the Summons and Complaint on 3165-3169 Villa Avenue LLC and, if not, showing cause why good cause exists to excuse Plaintiff's failure to serve."  Dkt. 18 at 1.  After Plaintiff failed to show cause whether he had served 3165-3169 Villa Avenue LLC by April 7, 2026, the Court *sua sponte* extended his deadline to do so until April 15, 2026.  Dkt. 22.  On April 15, 2026, Plaintiff filed a letter seeking a second extension of his deadline to serve 3165-3169 Villa Avenue LLC.  Dkt. 24.  Granting that request, the Court extended Plaintiff's deadline to serve 3165-3169 Villa Avenue LLC until June 1, 2026, and warned that "[f]ailure to serve by that deadline may result in dismissal of [3165-3169 Villa Avenue LLC] from this action."  Dkt. 28 ("May 4, 2026 Order") at 1.

Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90

days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff— must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).  The Court ordered Plaintiff to serve 3165-3169 Villa Avenue LLC by June 1, 2026, *see* May 4, 2026 Order, but the docket does not reflect whether Plaintiff has done so.  Accordingly, within two business days of this Order, Plaintiff shall file an affidavit showing that 3165-3169 Villa Avenue LLC was served by June 1, 2026.  Failure to show that service was made by that deadline may result in dismissal of 3165-3169 Villa Avenue LLC from this action.

Within two days of the date of this Order, Plaintiff shall mail a copy of this Order by First Class Mail to Defendant 3165-3169 Villa Avenue LLC, and file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: June 3, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

2