UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- :
                                                                        :
DONAHUE FIELDS,                                                         :
                                                                        :
                              Plaintiff,                               :
                                                                        :                25 Civ. 9083 (JPC)
             -v-                                                        :
                                                                        :                ORDER
N & Y CLASSIC DELI INC., *et al.*,                                     :
                                                                        :
                              Defendants.                              :
                                                                        :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On June 10, 2026, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks in advance of the initial pretrial conference scheduled for June 24, 2026 at 2:30 p.m.  Dkt. 31 at 2.  The Court also ordered the parties to submit a proposed case management plan and scheduling order.  *Id*. at 2-3.  Both items were due June 17, 2026.  The parties failed to submit either.

By 12:00 p.m. on January 22, 2026, it is hereby ordered that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in the Order at Docket Number 31.  The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: June 18, 2026
       New York, New York                          _____
                                                        JOHN P. CRONAN
                                                    United States District Judge